# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 14, 2024

Lyle W. Cayce
Clerk

_____

No. 22-50998

_____

Erma Wilson,

*Plaintiff—Appellant*,

*versus*

Midland County, Texas; Weldon (Ralph) Petty, Jr., *sued in his individual capacity*; Albert Schorre, Jr., *sued in his individual capacity*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CV-85

_____

ON PETITION FOR REHEARING EN BANC

(Opinion December 14, 2023, 5 Cir., 2023, 89 F.4th 446)

Before Richman, *Chief Judge*, and Jones, Smith, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, Ho, Duncan, Engelhardt, Oldham, Wilson, Douglas and Ramirez, *Circuit Judges*.

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated December 14, 2023, is VACATED.